THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID BERNSTEIN, Respondent, *v.* EDWARD B. LA FETRA, a Justice of the City Court of the City of New York, Appellant.

*People ex rel. Bernstein* v. *La Fetra,* 172 App. Div. 954, affirmed.
(Argued October 12, 1916; decided October 31, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 26, 1916, which sustained a writ of certiorari and annulled a determination of the defendant adjudging the relator guilty of criminal contempt of court.

*Lamar Hardy, Corporation Counsel (Charles J. Nehrbas* and *Terence Farley* of counsel), for appellant.

*I. Maurice Wormser* for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, CHASE, COLLIN and HOGAN, JJ. Dissenting: WILLARD BARTLETT, Ch. J., CUDDEBACK and CARDOZO, JJ.